IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-06-00288-CV

 

In
re RANDALL PAUL LIVELY

 

 



Original Proceeding

 



MEMORANDUM  Opinion



 

The petition for writ of mandamus is
denied.[1]

 

 

 

                                                                                    BILL
VANCE

                                                                                    Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Petition
denied

Opinion
delivered and filed October 11, 2006

[OT06]









    [1]           There
are a number of reasons for which this petition is properly denied, including
but not limited to those discussed in In re Texas Dep’t Fam. & Prot.
Servs., No. 04-1043, --- S.W.3d ---, 2006 WL 2708467
(Tex. Sept. 22, 2006).








 her request to withdraw her
notice of appeal is granted, and the appeal is dismissed.
                                                                                     PER CURIAM

Before Chief Justice Thomas,
      Justice Cummings, and
      Justice Vance
Dismissed
Opinion delivered and filed August 5, 1992
Do not publish